## **PROBABLE CAUSE AFFIDAVIT**

1. I am a Special Agent with Homeland Security Investigations, assigned to the Internet Crimes Against Children (ICAC) Task Force. I primarily investigate federal child exploitation crimes and have received training accordingly. I have also participated in numerous child exploitation investigations, including child pornography and coercion and enticement cases. I base this affidavit on my person knowledge, training, and experience, as well as on information I have learned from other law enforcement officers and through the review of law enforcement reports. This affidavit does not contain all the information relating to the investigation, but is instead limited to that necessary to establish probable cause for the identified offenses.

2. On May 3, 2023 Homeland Security Investigations (HSI) and Maine State Police (MSP) executed a search warrant at an apartment in Hampden, Maine. The state search warrant was pursuant to a child exploitation investigation related to National Center for Missing and Exploitation Children (NCMEC) Cybertip # 139318368.

3. On November 23, 2022, NCMEC received a complaint from the Electronic Service Provider (ESP) Bing Image. In this case, Bing reported that one of its users uploaded 1 sexually explicit image. On November 23, 2022, NCMEC Cyber Tip # 139318368 was referred to the Maine State Police Computer Crimes Unit.

4. In Cyber Tip # 139318368, Bing reported one of its users uploaded one sexually explicit image. I have reviewed the image and it depicts child pornography. The image (exhibit one) file name "1ad07368-4de0-443a-977b-464f394e119d.jpg" depicts a color image of a prepubescent minor female between 5-7 years of age. The

child is fully nude and has her legs spread apart to expose her vagina. A copy of this image is attached under seal as **Exhibit 1**.

5. In the CyberTip, Bing captured an Internet Protocol (IP) Address at the time of the image upload. According to Bing, the IP address of 2603:7080:3003:9e0:71ca:3798:996f accessed their platform on 11/23/2022 at 11:09 HRS UTC.

6. A Grand Jury subpoena was requested and issued from Assistant Attorney General Paul Rucha for the subscriber information for IP Address: 2603:7080:3003:9e0:71ca:3798:996f from Internet Service Provider (ISP): Charter Communications for the Bing connection of: 11/23/2022 at 11:09 HRS UTC. Charter Communications responded with the subscriber information: Michael King with a service address at the address of the aforementioned apartment in Hampden, ME.

7. On May 3, 2023 HSI and MSP executed a search warrant at the residence in Hampden, Maine. Detective Jason Bosco and HSI Special Agent Abby Mathieu Interviewed Michael KING. KING said he knew why the agents were there and said he had gone through this in the past. KING said he was a convicted felon and was currently on probation. KING admitted to recently possessing child sexual abuse material and advised the Agents they would find the CSAM on his computer under the couch. KING said that he is interested in girls between 6-8 years old. KING said he would use Bing image to copy images and videos. KING said he does not keep a lot of images like he did before, but he has some short clips and images on his laptop under the couch.

8. The laptop computer was seized during the execution of the search warrant and was logged into evidence and transported to the MSP forensics lab for processing.

9. Maine State Police forensic analyst Jill Armstrong conducted the forensic examination on the device and discovered hundreds of images of CSAM saved in the downloads on his device. A file (hereinafter "**Exhibit 2**") was in the downloads folder indicating it was downloaded from the internet on to the computer and named, "download (4)." **Exhibit 2** depicts a color image of a prepubescent minor female approximately 10 years old laying on her stomach on a bed performing oral sex on an adult males erect penis. A copy of this image is attached under seal as **Exhibit 2**.

10. Based on the forensic examination of the device, the computer's Solid State Drive displays a manufacture date of April 2021 and states that it was made in China. **Exhibit 2** referenced above was on the device and accessible to the defendant when the computer was seized on May 3, 2023 in the District of Maine. I therefore have probable cause to believe, and I do believe, that Michael King knowingly possessed this image on his computer that was seized on May 3, 2023. I know from the forensic examination that the computer was manufactured in China, outside the state of Maine. I further have reason to believe, and I do believe, that King transported this image through interstate commerce by the internet prior to being found in possession of the computer containing this image on May 3, 2023.

11. Based on the above, I have probable cause to believe, and I do believe, that Michael KING knowingly possessed child pornography that had been transported in

interstate commerce, that was received over the internet, and was that is copied on to a device that had previously been in interstate and foreign commerce.

I, SA Abby M. Mathieu, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

Abby M. Mathieu
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 19 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title